AO 440 (Rev. 06/12) Summons in a Civil Action    *Sct + Jury Demand + Activity in Case*

# UNITED STATES DISTRICT COURT
### for the

JUL 7 2026

344624

District of Utah, Central Div

Date Ju 20th 26 Time 3:45PM
R B 51 E Main Str
Upon Terry Lurker
Thru Serrano Torres
Deputy - Private Investigator ← Process Server
Constable Reitz, Salt Lake County
7026 Commerce Park Dr. #101, Midvale, UT
84047 (801) 255-5468

ALLISON P. MATTHEWS,

_____

*Plaintiff(s)*

v.

AMERICAN FORK POLICE DEPARTMENT,

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

City
Rec.

Civil Action No.  2:26-cv-00359-TC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Fork Police Department
c/o Terry Lurker
American Fork City
51 East Main Street
American Fork UT 84003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David J. Holdsworth, Esq.
9125 S Monroe Plaza Way, Suite C
Sandy UT 84070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:  _____7/7/2026_____

_____
*Signature of Clerk or Deputy Clerk*

# CONSTABLE'S RETURN

Docket #: **344624**

Reference #: **344624**

**Allison P. Matthews  VS American Fork Police Department**

Case # **2:26-cv-00359-tc**

I, **Tirso Serrano Torres**

being first duly sworn on oath and say: I am a duly appointed Process Server, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action.

I received the within and hereto annexed,

**Summons & Complaint  & Complaint & Jury Demand & Activity in Case**

on **Jul 07, 2026**, and served the same upon

**American Fork Police Department**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**Terry Lurker (City Recorder)**

a person of suitable age and discretion at

**51 East Main Street, American Fork, UT  84003**

the usual place of business.

Served on **Jul 20, 2026** at **3:45 PM**.

I declare under criminal penalty of the State of Utah that the foregoing is true and correct to the best of my knowledge and belief. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Process Server                                        PS861

Constable Reitz, Salt Lake County Constable

7026 South Commerce Park Drive #101

Midvale, UT  84047  **(801) 255-5468**

**TOTAL CHARGES: $50.00**

**NOTES**

Court: USDC