IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLISON P. MATTHEWS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FORK POLICE DEPARTMENT,<br><br>Defendant. | **ORDER FOR STATUS REPORT**<br><br>Case No. 2:26-cv-00359<br><br>Judge Tena Campbell |

According to the proof of service filed by Plaintiff Allison P. Matthews, Defendant American Fork Police Department was served with a copy of the summons and Complaint in this action on July 20, 2026. (See Summons Returned Executed, ECF No. 5.) Under Rule 12(a) of the Federal Rules of Civil Procedure, the Defendant was required to answer or otherwise respond to the Complaint by August 10, 2026. That time has passed, and the Defendant has not appeared or otherwise defended this action.

The court therefore ORDERS that within 14 days from the date of this order, the Plaintiff must file a status report explaining how she intends to proceed.

DATED this 18th day of August, 2026.

BY THE COURT:

Tena Campbell

Tena Campbell
United States District Judge